**Monthly Operating Report**
CASH BASIS

| CASE NAME: | In re: Yuma Energy, Inc |
|---|---|
| CASE NUMBER: | Case No. 20-41455-11 |
| JUDGE: | Mark X. Mullin |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN & EASTERN DISTRICTS OF TEXAS

# REGION 6

# MONTHLY OPERATING REPORT

**MONTH ENDING:** _____June_____    _____2020_____
MONTH             YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____        Chief Restructuring Officer
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY         TITLE

Anthony C. Schnur                                7/31/2020
PRINTED NAME OF RESPONSIBLE PARTY               DATE

**PREPARER:**

_____        Controller
ORIGINAL SIGNATURE OF PREPARER                  TITLE

Kimberly Thomen                                  7/31/2020
PRINTED NAME OF PREPARER                         DATE

**Monthly Operating Report**
CASH BASIS-1

| CASE NAME: | In re: Yuma Energy, Inc |
|---|---|
| CASE NUMBER: | Case No. 20-41455-11 |

| CASH RECEIPTS AND DISBURSEMENTS | Apr-20 | May-20 | Jun-20 | MONTH |
|---|---|---|---|---|
| 1.  CASH - BEGINNING OF MONTH | $        - | $        - | $        - | $        - |
| **RECEIPTS** | | | | |
| 2.  CASH SALES | | | | |
| 3.  ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4.  LOANS AND ADVANCES | | | | |
| 5.  SALE OF ASSETS | | | | |
| 6.  LEASE & RENTAL INCOME | | | | |
| 7.  WAGES | | | | |
| 8.  OTHER (ATTACH LIST) | | | | |
| 9.  TOTAL RECEIPTS | $        - | $        - | $        - | $        - |
| **DISBURSEMENTS** | | | | |
| 10.  NET PAYROLL | | | | |
| 11.  PAYROLL TAXES PAID | | | | |
| 12.  SALES,USE & OTHER TAXES PAID | | | | |
| 13.  INVENTORY PURCHASES | | | | |
| 14.  MORTAGE PAYMENTS | | | | |
| 15.  OTHER SECURED NOTE PAYMENTS | | | | |
| 16.  RENTAL & LEASE PAYMENTS | | | | |
| 17.  UTILITIES | | | | |
| 18.  INSURANCE | | | | |
| 19.  VEHICLE EXPENSES | | | | |
| 20.  TRAVEL | | | | |
| 21.  ENTERTAINMENT | | | | |
| 22.  REPAIRS & MAINTENANCE | | | | |
| 23.  SUPPLIES | | | | |
| 24.  ADVERTISING | | | | |
| 25.  HOUSEHOLD EXPENSES | | | | |
| 26.  CHARITABLE CONTRIBUTIONS | | | | |
| 27.  GIFTS | | | | |
| 28.  OTHER (ATTACH LIST) | | | | |
| 29.  TOTAL ORDINARY DISBURSEMENTS | $        - | $        - | $        - | $        - |
| **REORGANIZATION EXPENSES** | | | | |
| 30.  PROFESSIONAL FEES | | | | |
| 31.  U.S. TRUSTEE FEES | | | | |
| 32.  OTHER (ATTACH LIST) | | | | |
| 33.  TOTAL REORGANIZATION EXPENSES | $        - | $        - | $        - | $        - |
| 34.  TOTAL DISBURSEMENTS | $        - | $        - | $        - | $        - |
| 35.  NET CASH FLOW | $        - | $        - | $        - | $        - |
| 36.  CASH - END OF MONTH | $        - | $        - | $        - | $        - |

**Monthly Operating Report**

**CASH BASIS-1A**

**2020**

| CASE NAME: | In re: Yuma Energy, Inc |
| --- | --- |
| | |
| CASE NUMBER: | Case No. 20-41455-11 |

**CASH DISBURSEMENTS DETAIL**          **MONTH:**          June

### CASH DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL CASH DISBURSEMENTS** | | | $ - |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | | $ - |

| TOTAL DISBURSEMENTS FOR THE MONTH | | $ - |
| --- | --- | --- |

# Monthly Operating Report
## CASH BASIS-2

| | |
|---|---|
| **CASE NAME:** | In re: Yuma Energy, Inc |

| | |
|---|---|
| **CASE NUMBER:** | Case No. 20-41455-11 |

**BANK RECONCILIATIONS**

| | Acct #1 | Acct #2 | Acct #3 | TOTAL |
|---|---|---|---|---|
| A.  BANK: | | | | |
| B.  ACCOUNT NUMBER: | | | | |
| C.  PURPOSE (TYPE): | DIP Acct | | | |
| 1.  BALANCE PER BANK STATEMENT | | | | $          - |
| 2.  ADD:  TOTAL DEPOSITS NOT CREDITED | | | | $          - |
| 3.  SUBTRACT:  OUTSTANDING CHECKS | | | | $          - |
| 4.  OTHER RECONCILING ITEMS | | | | $          - |
| **5.  MONTH END BALANCE PER BOOKS** | $          - | $          - | $          - | $          - |
| 6.  NUMBER OF LAST CHECK WRITTEN | | | | |

**INVESTMENT ACCOUNTS**

| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11.  TOTAL INVESTMENTS | | | $          - | $          - |

**CASH**

| | |
|---|---|
| 12.  CURRENCY ON HAND | $          - |

| | |
|---|---|
| **13.  TOTAL CASH - END OF MONTH** | $          - |

**Monthly Operating Report**
**CASH BASIS-3**

| CASE NAME: | In re: Yuma Energy, Inc |
| --- | --- |
| CASE NUMBER: | Case No. 20-41455-11 |

**ASSETS OF THE ESTATE**

| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE<br>AMOUNT | Apr-20 | May-20 | Jun-20 |
| --- | --- | --- | --- | --- |
| 1. Trade Recievables | $          - | $          1,600.00 | $          1,600.00 | $          1,600.00 |
| 2. Total Other Assets | $          - | $        574,491.00 | $        574,491.00 | $        574,491.00 |
| 3. | $          - | | | |
| 4.  OTHER (ATTACH LIST) | $          - | | | |
| 5.  TOTAL REAL PROPERTY ASSETS | $          - | $        576,091.00 | $        576,091.00 | $        576,091.00 |
| SCHEDULE "B"<br>PERSONAL PROPERTY | | | | |
| 1.  CASH ON HAND | | | | |
| 2.  CHECKING, SAVINGS, ETC. | | | | |
| 3.  SECURITY DEPOSITS | | | | |
| 4.  HOUSEHOLD GOODS | | | | |
| 5.  BOOKS, PICTURES, ART | | | | |
| 6.  WEARING APPAREL | | | | |
| 7.  FURS AND JEWELRY | | | | |
| 8.  FIREARMS & SPORTS EQUIPMENT | | | | |
| 9.  INSURANCE POLICIES | | | | |
| 10.  ANNUITIES | | | | |
| 11.  EDUCATION | | | | |
| 12.  RETIREMENT & PROFIT SHARING | | | | |
| 13.  STOCKS | | | | |
| 14.  PARTNERSHIPS & JOINT VENTURES | | | | |
| 15.  GOVERNMENT & CORPORATE BONDS | | | | |
| 16.  ACCOUNTS RECEIVABLE | | | | |
| 17.  ALIMONY | | | | |
| 18.  OTHER LIQUIDATED DEBTS | | | | |
| 19.  EQUITABLE INTERESTS | | | | |
| 20.  CONTINGENT INTERESTS | | | | |
| 21.  OTHER CLAIMS | | | | |
| 22.  PATENTS & COPYRIGHTS | | | | |
| 23.  LICENSES & FRANCHISES | | | | |
| 24.  CUSTOMER LISTS | | | | |
| 25.  AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 26.  BOATS & MOTORS | | | | |
| 27.  AIRCRAFT | | | | |
| 28.  OFFICE EQUIPMENT | | | | |
| 29.  MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 30.  INVENTORY | | | | |
| 31.  ANIMALS | | | | |
| 32.  CROPS | | | | |
| 33.  FARMING EQUIPMENT | | | | |
| 34.  FARM SUPPLIES | | | | |
| 35.  OTHER (ATTACH LIST) | $   576,092.00 | | | |
| 36.  TOTAL PERSONAL PROPERTY ASSETS | $   576,092.00 | $          - | $          - | $          - |
| 37.  TOTAL ASSETS | $   576,092.00 | $        576,091.00 | $        576,091.00 | $        576,091.00 |

**Monthly Operating Report**

**CASH BASIS-4**

| CASE NAME: | In re: Yuma Energy, Inc |
|---|---|

| CASE NUMBER: | Case No. 20-41455-11 |
|---|---|

MONTH: _____ June _____

**LIABILITIES OF THE ESTATE**

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1.  SECURED | $            - | $            - |
| 2.  PRIORITY | $      48,000.00 | $            - |
| 3.  UNSECURED | $     784,038.51 | $            - |
| 4.  OTHER (ATTACH LIST) | $            - | $            - |
| 5.  TOTAL PREPETITION LIABILITIES | $     832,038.51 | $            - |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1.  FEDERAL INCOME TAXES | | | | |
| 2.  FICA/MEDICARE | | | | |
| 3.  STATE TAXES | | | | |
| 4.  REAL ESTATE TAXES | | | | |
| 5.  OTHER TAXES (ATTACH LIST) | | | | |
| 6.  TOTAL TAXES | | $            - | | $            - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. YE Investments | 04/30/20 | $       6,458.33 | 05/31/20 | $       6,458.33 |
| 8. YE Investments | 05/31/20 | $      13,347.22 | 06/30/20 | $            - |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29.  (IF ADDITIONAL ATTACH LIST) | | | | |
| 30.  TOTAL OF LINES 7 - 29 | | $      19,805.56 | | $       6,458.33 |
| 31.  TOTAL POSTPETITION LIABILITIES | | $      19,805.56 | | $       6,458.33 |

**Monthly Operating Report**

**CASH BASIS-4A**

| CASE NAME: | In re: Yuma Energy, Inc |
|---|---|

| CASE NUMBER: | Case No. 20-41455-11 |
|---|---|

MONTH:     June

### ACCOUNTS RECEIVABLE AGING

| | SCHEDULE AMOUNT | Apr-20 | May-20 | Jun-20 |
|---|---|---|---|---|
| 1. 0 - 30 | | | | |
| 2. 31 - 60 | | | | |
| 3. 61 - 90 | $ 1,600.00 | $ 1,600.00 | | |
| 4. 91 + | $ 1.00 | | $ 1,600.00 | $ 1,600.00 |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ 1,601.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $ 1,601.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |

### AGING OF POSTPETITION TAXES AND PAYABLES

| TAXES PAYABLE | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| 1. FEDERAL | | | | $            - |
| 2. STATE | | | | $            - |
| 3. LOCAL | | | | $            - |
| 4. OTHER (ATTACH LIST) | | | | $            - |
| 5. TOTAL TAXES PAYABLE | $            - | $            - | $            - | $            - |

| | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| 6. ACCOUNTS PAYABLE | $ 13,347.22 | $            - | $ 6,458.33 | $ 19,805.56 |

### STATUS OF POSTPETITION TAXES

| FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1. WITHHOLDING | | | | $            - |
| 2. FICA-EMPLOYEE | | | | $            - |
| 3. FICA-EMPLOYER | | | | $            - |
| 4. UNEMPLOYMENT | | | | $            - |
| 5. INCOME | | | | $            - |
| 6. OTHER (ATTACH LIST) | | | | $            - |
| 7. TOTAL FEDERAL TAXES | $            - | $            - | $            - | $            - |
| STATE AND LOCAL | | | | $            - |
| 8. WITHHOLDING | | | | $            - |
| 9. SALES | | | | $            - |
| 10. EXCISE | | | | $            - |
| 11. UNEMPLOYMENT | | | | $            - |
| 12. REAL PROPERTY | | | | $            - |
| 13. PERSONAL PROPERTY | | | | $            - |
| 14. OTHER (ATTACH LIST) | | | | $            - |
| 15. TOTAL STATE & LOCAL | $            - | $            - | $            - | $            - |
| 16. TOTAL TAXES | $            - | $            - | $            - | $            - |

**Monthly Operating Report**

**CASH BASIS-5**

| CASE NAME: | In re: Yuma Energy, Inc |
|---|---|
| CASE NUMBER: | Case No. 20-41455-11 |

MONTH: _____ June _____

PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $        - | $        - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $        - | $        - | $        - | $        - |

POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $        - | $        - | $        - |

**Monthly Operating Report**

**CASH BASIS-6**

**2020**

| CASE NAME: | In re: Yuma Energy, Inc |
| --- | --- |

| CASE NUMBER: | Case No. 20-41455-11 |
| --- | --- |

MONTH: _____ June _____

## QUESTIONNAIRE

| | YES | NO |
| --- | --- | --- |
| 1.  HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2.  HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3.  ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4.  HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5.  HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6.  ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7.  ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8.  ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9.  ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED EXPLANATION OF EACH ITEM.  ATTACH ADDITIONAL SHEETS IF NECESSARY.

_____

_____

_____

## INSURANCE

| | YES | NO |
| --- | --- | --- |
| 1.  ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | | X |
| 2.  ARE ALL PREMIUM PAYMENTS PAID CURRENT? | | X |
| 3.  PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW.  ATTACH ADDITIONAL SHEETS IF NECESSARY.

_____

_____

_____

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |

| Installment Payments | | | | | |
| Type of Policy | Insurance Company and General Agent | Effective Date of Policy | Policy Term | Payment Amount | Payment Frequency |
| --- | --- | --- | --- | --- | --- |
| Hired N/O Auto | Berkley Regional Insurance Co | 10/15/19 | 12 Months | | |
| Workmen's Comp | Berkley Regional Insurance Co | 10/15/19 | 12 Months | | |
| Pollution | Great American Ins Co Of New York | 10/15/19 | 12 Months | | |
| Protection & Indemnity | Great American Ins Co Of New York | 10/15/19 | 12 Months | | |
| Maritime | Lloyd's London - Certain Underwrite | 10/15/19 | 12 Months | | |
| Property | Allianz Global Corporate & Specialty | 10/15/19 | 12 Months | | |
| General Liability | Markel International Ins Co Limited | 10/15/19 | 12 Months | | |
| Excess Liability | Markel International Ins Co Limited | 10/15/19 | 12 Months | | |
| Control of Well | Markel International Ins Co Limited | 10/15/19 | 12 Months | | |
| Package | Lloyd's London - Certain Underwrite | 10/15/19 | 12 Months | | |
| Fiduciary | Axis Insurance Co | 10/15/19 | 12 Months | | |
| Crime | Axis Insurance Co | 10/15/19 | 12 Months | | |
| Emp Pac Liability | Axis Insurance Co | 10/15/19 | 12 Months | | |
| **Total Under IPFS** | | | | $   **60,814** | **Monthly** |
| D&O | Federal Insurance Company & Chubb Specialty Insurance | 12/15/19 | 12 Months | | |
| D&O | Ace American Insurance Company & Chubb Specialty Insurance | 12/15/19 | 12 Months | | |
| **Total Under AFCO** | | | | $   **20,759** | **Monthly** |

**Balance Sheet - Yuma Energy, Inc.**
**As of 6/30/2020**

| Assets | | | Liabilities and Equity | | |
|---|---|---|---|---|---|
| Cash and cash equivalents | $ | - | Current maturities-bank debt | $ | - |
| Trade receivables | | 1,600 | Notes payable- short term | | - |
| Joint venture partner rec | | - | Current maturities-other | | 1,735,252 |
| Oil and gas revenue | | - | **Current maturities debt** | **$** | **1,735,252** |
| Allowance - trade A/R | | - | | | |
| Officers and employees | | - | Accounts payable - trade | $ | - |
| Other | | - | Accounts payable - officer | | 1,070,554 |
| Allowance - other A/R | | - | JV Partner Advances | | - |
| Prepaids | | - | Oil & gas distribution payable | | - |
| Deferred charges and other | | - | Intercompany advances, net | | (1,030,510) |
| **Total Current Assets** | **$** | **1,600** | **Accounts payable** | **$** | **40,044** |
| | | | | | |
| **Property and Equipment** | | | Other deferred credits | $ | - |
| Not subject to amortization | $ | - | Short term lease liability | | - |
| Subject to amortization | | - | Asset retirement obligations | | - |
| Depletion | | - | Accrued expenses and other | | 85,099 |
| **Net Oil and Gas Properties** | **$** | **-** | **Total Current Liabilities** | **$** | **1,860,395** |
| | | | | | |
| Construction in progress | $ | - | Bank debt | $ | 850,000 |
| Other property and equipment | | - | **Total Long-Term Debt** | **$** | **850,000** |
| Aksum DD&A other prop | | - | | | |
| **Net Other Property** | **$** | **-** | **Other Long-Term Liabilities** | | |
| | | | Asset retirement obligation | $ | - |
| **Other Assets** | | | Long term lease liability | | - |
| Receivables from affiliate | $ | - | Deferred rent credit | | - |
| Investment in subs & prtnshp | | 574,491 | Restricted stock units | | - |
| Deposits | | - | Other | | - |
| Operating right-of-use leases | | - | **Total Other Long-Term Liabilities** | **$** | **-** |
| Public offering costs | | - | | | |
| Other assets | | - | **Total Liabilities** | **$** | **2,710,395** |
| **Total Other Assets** | **$** | **574,491** | | | |
| | | | **Equity** | | |
| **Total Assets** | **$** | **576,091** | Common stock | $ | 1,552 |
| | | | Preferred stock | | 2,188 |
| | | | Capital in excess of par | | 3,255,234 |
| | | | | | |
| | | | Distributions | $ | - |
| | | | Retained earnings | | (4,911,007) |
| | | | Current period income(loss) | | (41,228) |
| | | | Preferred stock accretion | | - |
| | | | **Retained earnings** | **$** | **(4,952,235)** |
| | | | | | |
| | | | Treasury stock, at cost | $ | (441,044) |
| | | | **Total Equity** | **$** | **(2,134,304)** |
| | | | | | |
| | | | **Total Liabilities and Equity** | **$** | **576,091** |