HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Proposed Counsel for the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **YUMA ENERGY, INC., et al.,**[1] | § | **Case No. 20-41455-11** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | **Objections Due: November 16, 2020** |

**NOTICE OF FILING OF MONTHLY COMPENSATION
AND STAFFING REPORT OF ANKURA CONSULTING GROUP, LLC
FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

PLEASE TAKE NOTICE THAT, on April 23, 2020, the above-captioned debtors and debtors-in-possession filed the *Debtors' Application for Authority to Retain and Employ Ankura Consulting Group, LLC as Chief Restructuring Officer and Financial Advisors, Nunc Pro Tunc to the Petition Date* [Docket No. 59].

PLEASE TAKE FURTHER NOTICE that, on June 22, 2020, the Court entered its *Order Granting Debtors' Application for Authority to Retain and Employ Ankura Consulting Group,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Yuma Energy, Inc. (7340); Yuma Exploration & Production Company, Inc. (7849); Davis Petroleum Corp. (9517); and The Yuma Companies, Inc. (8652).

*LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors* [Docket No. 176] (the "Retention Order").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Retention Order, Ankura Consulting Group, LLC ("Ankura") hereby provides its staffing and compensation report (the "Staffing Report") for the period October 1, 2020 through October 31, 2020 (the "Staffing Report Period").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Retention Order, objections, if any, to the Staffing Report must be filed within 20 days of the Staffing Report having been served.

Dated: October 27, 2020.

**HAYWARD & ASSOCIATES PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Proposed Counsel for the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **YUMA ENERGY, INC., et al.,**[1] | § § § | **Case No. 20-41455-11** |
| Debtors. | § § § § | **(Jointly Administered)** Objections Due: November 16, 2020 |

**MONTHLY COMPENSATION AND STAFFING REPORT OF
ANKURA CONSULTING GROUP, LLC FOR THE PERIOD FROM
OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| | |
|---|---|
| Name of applicant: | Ankura Consulting Group, LLC |
| Authorized to provide professional services to: | Debtors |
| Date of retention: | June 8, 2020, *nunc pro tunc* to April 16, 2020 |
| Period for which compensation and reimbursement is sought: | October 1, 2020 through October 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $12,254.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a(n): X monthly __ interim __ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Yuma Energy, Inc. (7340); Yuma Exploration & Production Company, Inc. (7849); Davis Petroleum Corp. (9517); and The Yuma Companies, Inc. (8652).

## SUMMARY OF STAFFING COMPENSATION

| | 10/01/2020 - 10/31/2020 |
|---|---:|
| Engagement Personnel | $ 2,993.00 |
| Less: 50% Travel Fees | $ - |
| **Subtotal** | **$ 2,993.00** |
| CRO Fees | $ 13,230.00 |
| Less: 30% CRO Discount | $ (3,969.00) |
| **Total CRO Hourly Time and Fees Less Discount** | **$ 9,261.00** |
| Expenses | $ - |
| **Total Invoice** | **$ 12,254.00** |

## SUMMARY OF HOURS BY PROFESSIONAL[1]

| | | | | 10/01/2020 - 10/31/2020 | |
|---|---|---|---|---:|---:|
| PROFESSIONAL | TITLE | FUNCTION | RATE | HOURS | FEES |
| Pinsonnault, Scott | Senior Managing Director | Engagement Personnel | $ 1,100.00 | - | $ - |
| Edelman, Harrison | Director | Engagement Personnel | $ 610.00 | - | - |
| Brilliant, Jason | Senior Associate | Engagement Personnel | $ 495.00 | - | - |
| Pacheco, Laura | Associate | Engagement Personnel | $ 410.00 | 7.3 | 2,993.00 |
| Lin, Ryan | Analyst | Engagement Personnel | $ 150.00 | - | - |
| **Subtotal - Engagement Personnel** | | | | **7.3** | **$ 2,993.00** |
| Schnur, Anthony | Senior Managing Director | Chief Restructuring Officer | $ 1,050.00 | 12.6 | $ 13,230.00 |
| Less: 30% CRO Discount | | | | | (3,969.00) |
| **Subtotal - CRO Fee** | | | | **12.6** | **$ 9,261.00** |
| **Total Invoice Amount** | | | | **19.9** | **$ 12,254.00** |

---

[1] Ankura charged Debtors for only 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii). Such reductions are reflected in the figures in this column.

## SUMMARY OF PROFESSIONAL FEES BY TASK CODE

| TASK CODE | TASK CATEGORY | 10/01/2020 - 10/31/2020 HOURS | FEES |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | - | - |
| 2 | Budgeting (Case) | 1.0 | 1,050.0 |
| 3 | Business Operations | 3.9 | 4,095.0 |
| 4 | Cash and Liquidity Analysis | 1.8 | 1,890.0 |
| 5 | Trade Vendor Matters | - | - |
| 6 | Asset Disposition | - | - |
| 7 | Creditor Recovery and Related Matters | - | - |
| 8 | Employee Benefits and Pensions | - | - |
| 9 | Tax | - | - |
| 10 | Prepare For and Attend Court Hearings | 2.5 | 2,625.0 |
| 11 | Avoidance Action Analysis | - | - |
| 12 | Reporting | - | - |
| 13 | Analysis for First Day and Other Pleadings | - | - |
| 14 | Claims Administration and Objections | - | - |
| 15 | Analyze Intercompany Activity/Claims | - | - |
| 16 | Assumption and Rejection of Leases and Contracts | - | - |
| 17 | Financing and Cash Collateral | - | - |
| 18 | Relief from Stay and Adequate Protection | - | - |
| 19 | Corporate Governance and Board Matters | 1.1 | 1,155.0 |
| 20 | Plan and Disclosure Statement | - | - |
| 21 | Non-working Travel | - | - |
| 22 | Case Administration | - | - |
| 23 | General Meetings with Client and Advisors | 2.3 | 2,415.0 |
| 24 | General Meetings with Other Parties | - | - |
| 25 | Employment and Fee Applications | 7.3 | 2,993.0 |
| 26 | Communications | - | - |
| 27 | Wind Down Monitoring | - | - |
| 28 | Employment and Fee Application Objections | - | - |
| 29 | Litigation: Contested Matters and Advisory Proceedings | - | - |
| 30 | Real Estate | - | - |
| 31 | Meetings and Communications with Creditors | - | - |
| 32 | Valuation | - | - |
| | **Hourly Professional Time and Fees** | **19.9** | **$ 16,223.00** |
| | Less: 30% CRO Discount | | $ (3,969.00) |
| | **Total Professional Fees Less Discount** | | **$ 12,254.00** |
| | Average Billing Rate | | 615.78 |

**EXPENSE SUMMARY BY EXPENSE CATEGORY**[1]

| EXPENSE CATEGORY | 10/01/2020 - 10/31/2020 AMOUNT |
|---|---|
| Airfare/Railway | $ - |
| Taxi/Limo | $ - |
| Comms - Phone, WIFI, Internet | $ - |
| Meals | $ - |
| Parking/Tolls | $ - |
| Hotel | $ - |
| Rental Car | $ - |
| Office Supplies - General | $ - |
| Office Supplies - Software | $ - |
| **Total Expenses** | **$ -** |

Pursuant to §§ 105(a) and 363(b) of title 11 of the United States Code (the "Bankruptcy Code"), Ankura Consulting Group, LLC ("Ankura"), restructuring advisor to Yuma Energy, Inc.; Yuma Exploration & Production Company, Inc; Davis Petroleum Corp., and The Yuma Companies, Inc. (collectively, the "Debtors"), hereby files its *Monthly Compensation and Staffing Report* (the "Staffing Report") *for the Period from October 1, 2020 through October 31, 2020* (the "Staffing Report Period").

1. By this Staffing Report, and pursuant to the *Order Granting Debtors' Application for Authority to Retain and Employ Ankura Consulting Group, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors* [Docket No. 176] (the "Retention Order"), Ankura seeks: (i) $12,254.00 in compensation for services provided by Anthony Schnur as CRO to the Debtors during the Staffing Report Period and other compensation for Ankura's professional services rendered to the Debtor during the Staffing Report Period (collectively, the "Fee"); and (ii) $0.00 for reimbursement of actual and necessary expenses.

2. Under the terms of Ankura's retention, the CRO Fee is payable as an administrative expense of the Debtors' estates pursuant to section 363(b) of the Bankruptcy Code.

3. Pursuant to this Staffing Report, Ankura has attached the following exhibits:

    i. **Exhibit A** – Complete accounting of professional fees, including itemized time records in chronological order for which an award of compensation is sought. The itemized records include: i) the date each service was rendered; ii) the professional(s) who performed the service; iii) a description of the services rendered; and iv) the time spent performing the service in increments of tenths of an hour; and

    ii. **Exhibit B** – Complete accounting of actual and necessary expenses incurred by professionals in chronological order for which reimbursement is sought. The itemized records include: i) the date each expense was incurred; ii) the professional(s) who incurred the expense; iii) a description of the expense incurred; and iv) the amount of each expense for which reimbursement is sought.

4. Pursuant to the Retention Order, any party objecting to the payment of compensation and reimbursement of expenses shall, within 20 days of service of the Staffing Report, serve the following Application Recipients via email with a written notice setting forth the precise nature of the objection and the amount at issue:

   a. The Debtor, c/o Yuma Energy, Inc., Attn: Anthony Schnur (tony.schnur@ankura.com);

   b. Counsel to the Debtor, Hayward & Associates PLLC, Attn: Melissa S. Hayward (MHayward@HaywardFirm.com);

   c. Office of the United States Trustee, Attn: Elizabeth Ziegler Young (Elizabeth.a.young@usdoj.gov);

   d. Counsel to the Committee, if one is appointed in this case;

   e. Counsel to the Debtor's financing lenders, Munger, Tolles & Olson LLP, Attn: Thomas Walper (thomas.walper@mto.com); and Red Mountain Capital Partners, Attn: Willem Mesdag (wmesdag@redmtncap.com);

5. In the event an objection is raised, no payment shall be made to Ankura on account of the portion of such staffing report to which an objection is raised until such objection is resolved.

6. Although every effort has been made to include all fees and expenses incurred in the Staffing Report Period, some fees and expenses might not be included in this Staffing Report due to delays caused by accounting and processing during the Staffing Report Period. Ankura reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Staffing Reports will be filed in accordance with the Bankruptcy Code and the Retention Order.

[*Remainder of Page Intentionally Left Blank*]

Date: October 26, 2020.  ANTHONY C. SCHNUR, as Authorized
Representative of Ankura Consulting Group, LLC

/s/ Anthony C. Schnur
By: Anthony C. Schnur
     Senior Managing Director

# **EXHIBIT A**
COMPLETE ACCOUNTING OF PROFESSIONAL FEES,
INCLUDING ITEMIZED TIME RECORDS IN CHRONOLOGICAL ORDER

---

[1] Ankura charged Debtors for only 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii). Such reductions are reflected in the figures in this column.

Exhibit A - Complete Accounting of Professional Fees Including Itemized Time Records by Task Code In Chronological Order

| Professional | Billing Rate | Amount | Hours | Date | Comments | Task Code |
|---|---|---|---|---|---|---|
| Schnur, Anthony | $ 1,050.00 | $ 525.00 | 0.5 | 10/1/2020 | Attend the 10/1/2020 Yuma Hearing. | 10 |
| Schnur, Anthony | $ 1,050.00 | $ 525.00 | 0.5 | 10/1/2020 | Update the DIP budget for October and prepare 8ks for filing and distribution. | 2 |
| Schnur, Anthony | $ 1,050.00 | $ 315.00 | 0.3 | 10/2/2020 | Participate on telephone call with M. Hayward (Hayward) regarding Schedule and Disclosure Statement. | 23 |
| Schnur, Anthony | $ 1,050.00 | $ 210.00 | 0.2 | 10/2/2020 | Participate on telephone call with D. Hale (Yuma) regarding property Main Pass 2 (MP2) status. | 3 |
| Schnur, Anthony | $ 1,050.00 | $ 315.00 | 0.3 | 10/3/2020 | Participate on an update telephone call with D. Hale (Yuma) regarding costs associated with the MP2 site. | 3 |
| Schnur, Anthony | $ 1,050.00 | $ 315.00 | 0.3 | 10/4/2020 | Participate on telephone call with D. Hale (Yuma) regarding the status of the MP2 site. | 3 |
| Schnur, Anthony | $ 1,050.00 | $ 525.00 | 0.5 | 10/4/2020 | Prepare and send an email with the outline of the MP2 site to J. Haber (UCC). | 3 |
| Schnur, Anthony | $ 1,050.00 | $ 315.00 | 0.3 | 10/5/2020 | Prepare and send an email to the Board of Directors that outlines the MP2 site information. | 19 |
| Schnur, Anthony | $ 1,050.00 | $ 105.00 | 0.1 | 10/5/2020 | Coordinate a date and time for a Board of Directors call. | 19 |
| Schnur, Anthony | $ 1,050.00 | $ 105.00 | 0.1 | 10/5/2020 | Participate on telephone call with J. Haber (UCC) regarding the status of the MP2 site. | 3 |
| Schnur, Anthony | $ 1,050.00 | $ 630.00 | 0.6 | 10/6/2020 | Participate on telephone call with J. Christmas (Yuma Board Member) regarding the MP2 site. | 19 |
| Schnur, Anthony | $ 1,050.00 | $ 105.00 | 0.1 | 10/6/2020 | Participate on telephone call with J. Haber (UCC) regarding the status of the MP2 site. | 3 |
| Schnur, Anthony | $ 1,050.00 | $ 840.00 | 0.8 | 10/6/2020 | Participate on Yuma Board of Directors call regarding the status of the MP2 site. | 3 |
| Schnur, Anthony | $ 1,050.00 | $ 315.00 | 0.3 | 10/6/2020 | Participate on telephone call with J. Haber (UCC), R. Kuebel (Locke Lord), S. Mayer (Locke Lord) and M. Hayward (Hayward) regarding the status of the MP2 site. | 3 |
| Schnur, Anthony | $ 1,050.00 | $ 315.00 | 0.3 | 10/7/2020 | Participate on telephone call with D. Hale (Yuma) regarding the MP2 site spill. | 3 |
| Schnur, Anthony | $ 1,050.00 | $ 210.00 | 0.2 | 10/7/2020 | Participate on telephone call with D. Ellis (Yuma) regarding the direction on the MP2 site clean up. | 3 |
| Schnur, Anthony | $ 1,050.00 | $ 525.00 | 0.5 | 10/8/2020 | Attend the 10/8/2020 Yuma Hearing regarding the extension of confirmation and potential conversion to a Chapter 7. | 10 |
| Schnur, Anthony | $ 1,050.00 | $ 840.00 | 0.8 | 10/8/2020 | Participate on telephone call with the Yuma Board of Directors to discuss the MP2 site and update on the status of Yuma. | 3 |
| Schnur, Anthony | $ 1,050.00 | $ 210.00 | 0.2 | 10/9/2020 | Participate on telephone call with M. Hayward (Hayward) regarding a status update of the Yuma bankruptcy case. | 23 |
| Schnur, Anthony | $ 1,050.00 | $ 105.00 | 0.1 | 10/9/2020 | Participate on telephone call with J. Christmas (Yuma Board Member) regarding the status update on Tamboran. | 19 |
| Schnur, Anthony | $ 1,050.00 | $ 1,365.00 | 1.3 | 10/10/2020 | Update cash liquidity/position analysis through 10/9/2020. | 4 |
| Schnur, Anthony | $ 1,050.00 | $ 525.00 | 0.5 | 10/13/2020 | Participate on telephone call with M. Hayward (Hayward) regarding Yuma's current cash position. | 4 |
| Schnur, Anthony | $ 1,050.00 | $ 525.00 | 0.5 | 10/13/2020 | Participate on telephone call with E. Dyer (Tamboran) regarding DIP Funding and that no further DIP Funding is required. | 2 |
| Schnur, Anthony | $ 1,050.00 | $ 1,050.00 | 1.0 | 10/14/2020 | Attend meeting with D. Hale (Yuma), K. Thomen (Yuma) and K. Hubachova (Yuma) regarding final bill payments and status of Yuma. | 23 |
| Schnur, Anthony | $ 1,050.00 | $ 525.00 | 0.5 | 10/14/2020 | Attend 10/14/2020 Yuma Hearing regarding the conversion of the case to a Chapter 7. | 10 |
| Schnur, Anthony | $ 1,050.00 | $ 840.00 | 0.8 | 10/15/2020 | Conduct a meeting for Yuma Staff (D. Hale, K. Thomen and K. Hubachova) regarding case conversion to Chapter 7. | 23 |
| Schnur, Anthony | $ 1,050.00 | $ 1,050.00 | 1.0 | 10/15/2020 | Attend the 10/15/2020 hearing regarding converting the case to Chapter 7. | 10 |
| Pacheco, Laura | $ 410.00 | $ 328.00 | 0.8 | 10/2/2020 | Edit A. Schnur (ACG) time detail for September Staffing Report. | 25 |
| Pacheco, Laura | $ 410.00 | $ 287.00 | 0.7 | 10/2/2020 | Compare MTR and Time Detail for variance for September Staffing Report. | 25 |
| Pacheco, Laura | $ 410.00 | $ 615.00 | 1.5 | 10/2/2020 | Prepare September Staffing Report. | 25 |
| Pacheco, Laura | $ 410.00 | $ 123.00 | 0.3 | 10/2/2020 | Distribute September Staffing Report to A. Schnur (ACG) and M. Hayward (Hayward) for review, approval and filing. | 25 |
| Pacheco, Laura | $ 410.00 | $ 205.00 | 0.5 | 10/5/2020 | Revise and distribute September Staffing Report to reflect Z. Annable (Hayward) 10/2/2020 comments. | 25 |
| Pacheco, Laura | $ 410.00 | $ 451.00 | 1.1 | 10/26/2020 | Prepare A. Schnur (ACG) time detail for October Staffing Report. | 25 |
| Pacheco, Laura | $ 410.00 | $ 205.00 | 0.5 | 10/26/2020 | Prepare and compare MTR Report to Time Detail for A. Schnur (ACG). | 25 |
| Pacheco, Laura | $ 410.00 | $ 82.00 | 0.2 | 10/26/2020 | Prepare and compare MTR Report to Time Detail for L. Pacheco (ACG). | 25 |
| Pacheco, Laura | $ 410.00 | $ 82.00 | 0.2 | 10/26/2020 | Prepare October Staffing Report. | 25 |
| Pacheco, Laura | $ 410.00 | $ 615.00 | 1.5 | 10/27/2020 | Prepare and edit October Staffing Report. | 25 |
| **SUBTOTAL** | | **$ 15,608.00** | **19.90** | | | |

# **EXHIBIT B**
COMPLETE ACCOUNTING OF EXPENSES,
INCLUDING ITEMIZED RECORDS BY PROFESSIONAL
IN CHRONOLOGICAL ORDER

**N/A**