

| Claim No. | Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Amount | Unsecured Amount | Secured Amount | Priority Amount | Admin Priority Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | Alliance Offshore, LLC | | PO Box 999 | | | Larose | LA | 70373 | 07/25/2020 | $80,067.80 | | $80,067.80 | | |
| 5 | AXIA Partners, LP | Attn: Brent Alan Price | 515 Post Oak Blvd | Suite 910 | | Houston | TX | 77027 | 04/24/2020 | $41,087.58 | $41,087.58 | | | |
| 18 | Basin Chemical Solutions, LLC | | 110 Guernsey Lane | | | Youngsville | LA | 70592 | 05/12/2020 | $29,479.45 | $29,479.45 | | | |
| 26 | BDO USA, LLP | Attn: Jared Schierbaum | 4250 Lancaster Pike | Suite 120 | | Wilmington | DE | 19805 | 04/30/2020 | $40,165.00 | $40,165.00 | | | |
| 30 | BDO USA, LLP | Attn: Jared Schierbaum | 4250 Lancaster Pike | Suite 120 | | Wilmington | DE | 19805 | 04/30/2020 | $40,165.00 | $40,165.00 | | | |
| 59 | Broadridge Financial Solutions | | 1155 Long Island Avenue | | | Edgewood | NY | 11717 | 8/6/2020 | $693.94 | $693.94 | | | |
| 6 | Calcasieu Rentals, Inc. | c/o Stutes & Lavergne, LLC | Attn: Robert McCorquodale | 600 Broad Street | | Lake Charles | LA | 70601 | 04/24/2020 | $15,660.77 | $15,660.77 | | | |
| 116 | Caroline MCCAA Thomas Testamentary Trust #1 | Matthew E. Miller, Trustee | PO Box 337 | | | Jennings | LA | 70546 | 09/14/2020 | $20,000.00 | | $20,000.00 | | |
| 32 | Deep South Chemical, Inc. | | PO Box 80657 | | | Lafayette | LA | 70598-0657 | 05/19/2020 | $2,433.94 | $2,433.94 | | | |
| 24 | Digital Function, LLC | Attn: Glenn Rice | 16107 Kensington Dr | #450 | | Sugar Land | TX | 77479-4224 | 05/20/2020 | $292.28 | $292.28 | | | |
| 110 | Frank G. Miller | | PO Box 337 | | | Jennings | LA | 70546 | 09/14/2020 | $20,000.00 | | $20,000.00 | | |
| 55 | GreatAmerica Financial Services Corporation | Attn: Peggy Upton | P.O. Box 609 | | | Cedar Rapids | IA | 52406 | 07/23/2020 | $7,368.35 | $7,368.35 | | | |
| 16 | IHS Markit | c/o Szabo Associates, Inc | 3355 Lenox Road NE | Suite 945 | | Atlanta | GA | 30326 | 05/06/2020 | $24,770.76 | $24,770.76 | | | |
| 112 | Kim Miller Saltz | Matthew E. Miller | PO Box 337 | | | Jennings | LA | 70546 | 09/14/2020 | $20,000.00 | | $20,000.00 | | |
| 80 | Louisiana Department of Revenue | Attn: Vicki Landry | PO Box 66658 | | | Baton Rouge | LA | 70896-6658 | 08/19/2020 | $1,143.18 | | $35.00 | $1,108.18 | |
| 96 | Mark Hartman | | 707 East 13th St | | | Houston | TX | 77008 | 08/19/2020 | $2,760.00 | $2,760.00 | | | |
| 111 | Matthew E. Miller | | PO Box 337 | | | Jennings | LA | 70546 | 09/14/2020 | $20,000.00 | | $20,000.00 | | |
| 118 | Michael Lee Courtney & Juanette Stewart Courtney | Michael Lee Courtney | 30690 Hwy 1036 | | | Holden | LA | 70744 | 10/01/2020 | $0.00 | Unliquidated | Unliquidated | | |
| 54 | Netherland, Sewell & Associates, Inc. | Kim Bennett | 2100 Ross Avenue | Suite 2200 | | Dallas | TX | 75201 | 07/23/2020 | $46,457.03 | $46,457.03 | | | |
| 41 | Newman Crane Service Inc | Melissa Newman | PO BOX 550 | | | Belle Chasse | LA | 70037 | 06/29/2020 | $11,939.80 | $11,939.80 | | | |
| 127 | Office of the United States Trustee | Attn: Elizabeth Ziegler Young & Christi C. Flanagan | 1100 Commerce Street | Room 976 | | Dallas | TX | 75242 | 11/16/2020 | $650.00 | | | | $650.00 |
| 40 | Osborn Heir Company | Brittany Hanna | PO Box 17968 | | | San Antonio | TX | 78217 | 07/07/2020 | $9,202.00 | $9,202.00 | | | |
| 101 | Pacific Petroleum California, Inc. | c/o Stephens & Stephens LLP | Attn: Conrad Stephens | PO Box 1454 | | Santa Maria | CA | 93456 | 09/09/2020 | $33,070.85 | $33,070.85 | | | |
| 107 | PetroQuest Energy, L.L.C. | c/o John F. Higgins, Porter Hedges LLP | 1000 Main Street, 36th Floor | | | Houston | TX | 77002 | 09/10/2020 | $259,087.57 | | $259,087.57 | | |
| 31 | Plaquemines Parish Sheriff's Office | | 8022 Hwy. 23 | | | Belle Chasse | LA | 70037 | 05/11/2020 | $2,192.17 | | | $2,192.17 | |
| 119 | PPI Quality and Engineering, LLC | c/o Gordon Arata Montgomery Barnett McCollam Duplantis & Eagan, LLC | Attn: Armistead M. Long | 400 E. Kaliste Saloom Road | Suite 4200 | Lafayette | LA | 70508 | 09/10/2020 | $153,209.06 | | $153,209.06 | | |
| 83 | Priority Artificial Lift Services, LLC | | 5655 W. Sam Houston Pkwy N. | Bldg 1 | | Houston | TX | 77041 | 08/25/2020 | $8,067.75 | $8,067.75 | | | |
| 57 | Production Inland Crews, LLC | Attn: Chris Gray | 211 Jared Drive | | | Broussard | LA | 70518 | 07/29/2020 | $13,528.34 | $13,528.34 | | | |
| 61 | Production Inland Crews, LLC | Attn: Chris Gray | 211 Jared Drive | | | Broussard | LA | 70518 | 07/06/2020 | $13,528.34 | $13,528.34 | | | |
| 15 | Radzewicz Exploration & Drilling Corp. dba REDCO | | PO Box 2270 | | | Natchez | MS | 39121 | 05/04/2020 | $1,347.50 | $1,347.50 | | | |
| 104 | Seitel Data, Ltd. | c/o Clark Hill Strasburger | 720 Brazos Street | Suite 700 | | Austin | TX | 78701 | 09/10/2020 | $0.00 | Unliquidated | | | |
| 114 | Stacy M. Myers | Matthew E. Miller | PO Box 337 | | | Jennings | LA | 70546 | 09/14/2020 | $20,000.00 | | $20,000.00 | | |
| 4 | State of Louisiana, Department of Natural Resources, Office of Mineral Resources | Attn: Ryan M. Seidemann | 1885 North Third Street | | | Baton Rouge | LA | 70802 | 04/22/2020 | $1,000.00 | $1,000.00 | | | |
| 103 | TK Towing, Inc. | Aaron B. Greenbaum | 1100 Poydras Street | Suite 2250 | | New Orleans | LA | 70163 | 09/09/2020 | $465,146.23 | $465,146.23 | | | |
| 113 | Tracy Ilicia Miller | Matthew E. Miller | PO Box 337 | | | Jennings | LA | 70546 | 09/14/2020 | $20,000.00 | | $20,000.00 | | |
| 75 | U.S. Specialty Insurance Company | M. Joseph Rosas | 801 S. Figueroa St. | Ste. 700 | | Los Angeles | CA | 90017 | 07/27/2020 | $0.00 | Unliquidated | | Unliquidated | |
| 115 | Virginia Worth Thomas Testamentary Trust #1 | Matthew E. Miller, Trustee | PO Box 337 | | | Jennings | LA | 70546 | 09/14/2020 | $20,000.00 | | $20,000.00 | | |
| 28 | W&T Offshore, LLC | Reid Lea | 5868 Westheimer Rd | Suite 464 | | Houston | TX | 77057-5641 | 06/04/2020 | $560.70 | | $560.70 | | |
| 51 | W&T Offshore, LLC | Reid Lea | 5868 Westheimer Rd | Suite 464 | | Houston | TX | 77057-5641 | 07/20/2020 | $640.80 | | $640.80 | | |
| 90 | W&T Offshore, LLC | Reid Lea | 5868 Westheimer Rd | Suite 464 | | Houston | TX | 77057-5641 | 08/28/2020 | $720.90 | | $720.90 | | |
| 123 | W&T Offshore, LLC | Reid Lea | 5868 Westheimer Rd | Suite 464 | | Houston | TX | 77057-5641 | 10/13/2020 | $881.10 | | $881.10 | | |
| 125 | W&T Offshore, LLC | Reid Lea | 5868 Westheimer Rd | Suite 464 | | Houston | TX | 77057-5641 | 02/04/2021 | $1,201.50 | | $1,201.50 | | |

In re: Yuma Energy, Inc., et al.
Case No. 20-41455 (MXM)